**Order entered November 30, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01187-CV

## ST. MARK'S SCHOOL OF TEXAS, Appellant

## V.

## JINGHONG CHEN, YANSONG REN, AND JEFFREY CHEN, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-10129**

## ORDER

Before the Court is court reporter Terri Etekochay's November 29, 2022 request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than December 5, 2022.

/s/    BILL PEDERSEN, III
       JUSTICE